BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CINDY DOEUM COMILANG,<br><br>Defendant. | 1:13-cr-00136-AWI-BAM<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT CINDY DOEUM COMILANG** |

   WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to Social Security numbers, dates of birth, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

   The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant Cindy Doeum Comilang ("Defendant"), by and through his counsel of record, H. Dean Steward ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Grant B. Rabenn, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and

1 will use reasonable care to ensure that it is not disclosed to third
2 persons in violation of this agreement.
3     6. Defense Counsel shall be responsible for advising Defendant,
4 employees, and other members of the defense team, and defense witnesses
5 of the contents of this Stipulation and Order.
6     7. In the event that Defendant substitutes counsel, undersigned
7 Defense Counsel agrees to withhold discovery from new counsel unless and
8 until substituted counsel agrees also to be bound by this Order.
9     8. Defense Counsel reserves the right to later seek to have the
10 terms of this Order modified or revoked. Defense Counsel agrees to
11 return the discovery to the Government in its complete form if the terms
12 of this Order are modified or revoked if so requested by the United
13 States.
14     IT IS SO STIPULATED.

15 DATED: May 2, 2013           BENJAMIN B. WAGNER
                                United States Attorney

17                        By:   /s/ Grant B. Rabenn
                                GRANT B. RABENN
18                              Assistant U.S. Attorney

19 DATED: May 2, 2013      By:  /s/ H. Dean Steward
20                              H. DEAN STEWARD
                                Attorney for Defendant

21 IT IS SO ORDERED.

23 Dated:  May 2, 2013
                                _____
24                              SENIOR DISTRICT JUDGE